UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Guevara-Rivera, Francisco | Docket No. | 0980 1:21CR02001-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Araceli Mendoza, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Francisco Guevara-Rivera, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 22nd day of December 2020, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 22, 2020, the conditions of pretrial supervision were reviewed with Mr. Guevara-Rivera. He verbally acknowledged his understanding of his conditions.

**Violation #1:** Mr. Guevara-Rivera is alleged to have violated his pretrial release conditions by being charged with fourth degree assault, domestic violence, on or about April 1, 2023, case number 3A0608908, case filed on November 3, 2023.

In summary of the Yakima Police Department's (YPD) narrative report for incident report number 23Y035751, the following occurred: On October 25, 2023, YPD was dispatched to a report of a domestic issue at 804 Tennant Lane #C, in Yakima, Washington. The reporting party was the alleged victim, Mr. Guevara-Rivera's girlfriend and mother of his minor children. She reported to YPD that the defendant threatened to kill her on October 14, 2023. The alleged victim expressed to the responding officer that she had been having issues with Mr. Guevara-Rivera and he had been slowly moving out of her home and staying with his sister in Union Gap, Washington. The alleged victim further reported that the defendant's behavior has been "erratic" and he is "constantly accusing her of things." She expressed she received a text message from one of Mr. Guevara-Rivera's telephone numbers on October 25, 2023, at 2:17 p.m. The text message was in Spanish and read "Te boi a matar me tienes asta la madre." The alleged victim translated the message for YPD and reported the message stated that "he was going to kill her and that he has had enough." The alleged victim expressed she did not believe Mr. Guevara-Rivera would harm her, but she wanted to report the defendant's behavior to police. Since, the alleged victim did not believe the defendant's threat and she was not in fear by the threat, there was no probable cause for this incident.

The alleged victim also expressed to YPD that several months ago, in April 2023, she and the defendant got in an argument at their residence. She reported that during this same argument Mr. Guevara-Rivera took her cellular telephone and threw it outside, onto the ground causing the back of the cellular telephone to break. She reported during this same incident, the defendant grabbed her upper arms, around her biceps area, with his hands. The alleged victim expressed to the officer that Mr. Guevara-Rivera squeezed her arms, pushed her against the wall, and then pushed her to the ground. The alleged victim expressed that the defendant squeezed her arms so tight it hurt and caused bruising on her arms. She stated that their 10-year-old daughter was present during this physical incident.

During this same contact, YPD spoke with the minor child about the April 2023 incident between the defendant and the alleged victim. he minor reported to YPD that she was in the living room and saw Mr. Guevara-Rivera throw the alleged

victim's cellular telephone on to the ground. She then saw the defendant throw the alleged victim on to the ground. The minor expressed she then ran to her room and covered her ears.

The alleged victim showed YPD her Samsung Galaxy Note 10 cellular telephone. The officer observed the back of the cellular telephone was cracked. The officer took photographs of the damaged cellular telephone and estimated the damages at about $200. The alleged victim also located a photograph on her cellular telephone that depicted the bruise on her upper arm. The date of the photograph was April 17, 2023. The alleged victim expressed to YPD the incident occurred on April 15, 2023. In the photograph, the officer reported he could see a bruise on the alleged victim's upper arm that was consistent with being squeezed by a hand. He described the bruise was similar to the shape of a finger.

It should be noted, YPD reported they were unable to make contact with Mr. Guevara-Rivera to interview him about the reported incident that occurred on April 2023. Based on the statements of the minor and the alleged victim, the evidence of the damaged cellular telephone, and the photograph, the officer found probable cause to charge Mr. Guevara-Rivera with third degree malicious mischief, domestic violence and fourth degree assault, domestic violence.

**Violation #2:** Mr. Guevara-Rivera is alleged to have violated his pretrial release conditions by being charged with malicious mischief, domestic violence, on or about April 1, 2023, case number 3A0608908, case filed on November 3, 2023.

Refer to violation #1 for details.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 9, 2023

by s/Araceli Mendoza

Araceli Mendoza
U.S. Pretrial Services Officer

THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
November 13, 2023
Date