# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Guevara-Rivera, Francisco | Docket No. | 0980 1:21CR02001-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Araceli Mendoza, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Francisco Guevara-Rivera, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 22nd day of December 2020, under the following conditions:

**Additional Special Condition #1:** Defendant shall avoid all contact, direct or indirect, with the alleged victim in the state prosecution underlying the Petition (ECF No. 81).

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 22, 2020, the conditions of pretrial supervision were reviewed with Mr. Guevara-Rivera. He verbally acknowledged his understanding of his conditions.

On December 6, 2023, the additional Magistrate Conditions of Release was reviewed with Mr. Guevara-Rivera. He verbally acknowledged his understanding of his conditions.

**Violation #3:** Mr. Guevara-Rivera is alleged to have violated his pretrial release conditions by having contact with the alleged victim in the state prosecution case on two separate occasions (referenced in ECF 81) on and before December 12, 2023.

On December 12, 2023, Mr. Guevara-Rivera's children's mother, the alleged victim and protected party, reported to this officer that Mr. Guevara-Rivera was not abiding by the restrictions of his criminal no contact order. She expressed to this officer that the defendant was text messaging her through WhatsApp on December 11, and 12, 2023. Later this same date, Mr. Guevara-Rivera expressed to this officer that he did violate his conditions of release by responding to the alleged victim via text message. The defendant also expressed he told the alleged victim to leave him alone.

On December 14, 2023, during an office appointment, Mr. Guevara-Rivera further expressed to this officer that the alleged victim contacted him via WhatsApp on December 9, 2023, requesting money for their children's expenses and later making negative comments about the defendant's current girlfriend. The defendant expressed to this officer that he replied to her on that same date and also sent her a financial sum via CashApp.  Mr. Guevara-Rivera expressed that on December 12, 2023, the alleged victim contacted him again via WhatsApp reporting she was in a car accident and their mutual daughter had been hurt; she then requested he pick them up.  The defendant expressed he replied to her via WhatsApp asking her about her whereabouts.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 20, 2023

by   s/Araceli Mendoza

Araceli Mendoza
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

December 20, 2023

Date